FLORENCE GREENBERG, PETITIONER-APPELLANT, v. PICKLE PRODUCTS CO., INC., RESPONDENT-RESPONDENT.

Argued September 25, 1967—Decided October 9, 1967.

264

*Mrs. Mabel L. Richardson* argued the cause for appellant (*Messrs. Stavis, Richardson, Koenigsberg & Rossmoore,* attorneys; *Mr. Morton Stavis* and *Mr. William Rossmoore,* of counsel.)

*Mr. Everitt Rhinehart* argued the cause of respondent (*Mr. John W. Taylor,* attorney.)

PER CURIAM: The judgment is affirmed for the reasons expressed in the opinion of the Appellate Division, *supra.*

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN.—6.

*For reversal*—None.